**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Big Picture Media Solutions, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4788646** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **One Altoona Place**<br>**Pittsburgh, PA 15228**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Allegheny**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.bigpicturecomm.net**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | Big Picture Communications, Inc. | Relationship to you | Affiliate | |
| District | Western District of Pennsylvania | When | Case number, if known | |

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| 11. | Why is the case filed in **this district?** | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
|  |  | ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

    Contact name _____

    Phone _____

---

### ▬ Statistical and administrative information

| 13. | Debtor's estimation of available funds | .    *Check one:* |
|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | Estimated number of creditors | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
|  |  | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
|  |  | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
|  |  | ☐ 200-999 |  |  |

---

| 15. | Estimated Assets | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
|  |  | ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
|  |  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  |  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
|  |  | ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
|  |  | ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  |  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 23, 2015**
_____
MM / DD / YYYY

X **/s/ Maureen Mashek**
_____
Signature of authorized representative of debtor

**Maureen Mashek**
_____
Printed name

Title    **President**
_____

**18. Signature of attorney**

X **/s/ Stanley E. Levine**
_____
Signature of attorney for debtor

Date  **December 23, 2015**
_____
MM / DD / YYYY

**Stanley E. Levine**
_____
Printed name

**Campbell & Levine, LLC**
_____
Firm name

**310 Grant Street, Suite 1700
Pittsburgh, PA 15219**
_____
Number, Street, City, State & ZIP Code

Contact phone  **412-261-0310**          Email address  _____

**19819**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Big Picture Media Solutions, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 23, 2015**      *X* **/s/ Maureen Mashek**
                                         Signature of individual signing on behalf of debtor

                                         **Maureen Mashek**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Big Picture Media Solutions, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                               12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................    $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................    $ _____ 60,358.23

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................    $ _____ 60,358.23

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ 0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*....................................................    $ _____ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...............................    +$ _____ 254,247.89

4. Total liabilities .......................................................................................................................    $ _____ 254,247.89
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name  **Big Picture Media Solutions, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐  No.  Go to Part 2.
☑  Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Checking**<br>**Northwest Savings Bank** | **Checking** | 9291 | $24,030.11 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                 $24,030.11

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐  No.  Go to Part 3.
☑  Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Nielson Audio-PPM-Pittsburgh Market**<br>**Annual lease - 6/2015-7/2016 ($4,175).  Possible refund for remaining term.** | Unknown |
| 8.2. | **Nielson SMS Basic Service-Pitt TV Ratings.**<br>**Annual lease - 6/2015-7/2016 ($3,780) Possible refund for remaining term.** | Unknown |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor  **Big Picture Media Solutions, LLC**                    Case number *(If known)* _____
        Name

9. **Total of Part 2.**                                                    | **$0.00** |
   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

  ☐ No.  Go to Part 4.
  ☑ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 36,328.12 | - | 0.00 | = .... | $36,328.12 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 211,670.90 | - | 211,670.90 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful | | |

12. **Total of Part 3.**                                                    | **$36,328.12** |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

  ☑ No.  Go to Part 5.
  ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☑ No.  Go to Part 6.
  ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☑ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No.  Go to Part 8.
  ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Desk top computer #1 (Date in Service: 6/3/2014 - cost $2,586) | $2,284.30 | Tax records | Unknown |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **Big Picture Media Solutions, LLC** | Case number *(If known)* | |
| | Name | | |

| **Desk top computer #2 (Date in service: 5/26/2015 - cost $937)** | $827.68 | Tax records | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** | $0.00
   Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

   ☑ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☑ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Big Picture Media Solutions, LLC**                                    Case number *(If known)* _____
_____
                Name

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
       **Strata Marketing, Inc.**
       **Media Software-Term Ending 8/31/2017; Month to Month**
       **- $1,537 base payment.**                                                                **Unknown**

78.    **Total of Part 11.**                                                          | $0.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Big Picture Media Solutions, LLC**                    Case number *(If known)* _____
     Name

<div style="background:black;color:white;display:inline;">Part 12:</div>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,030.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $36,328.12 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $60,358.23 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $60,358.23 |

**Fill in this information to identify the case:**

Debtor name    **Big Picture Media Solutions, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Big Picture Media Solutions, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
**Alpha Media**
**25 Penncraft Avenue, 4th Floor**
**Chambersburg, PA 17201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade debt**

$    **4,666.50**

Date or dates debt was incurred    **10/2015-11/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**

Nonpriority creditor's name and mailing address
**Chairman of the Boards, Inc.**
**PO Box 15627**
**Pittsburgh, PA 15244**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade debt**

$    **10,200.00**

Date or dates debt was incurred    **9/2015-12/2015**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**

Nonpriority creditor's name and mailing address
**Comcast Spotlight, LLC**
**PO Box 8500-53003**
**Philadelphia, PA 19178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$    **14,439.80**

Debtor 1   **Big Picture Media Solutions, LLC**                          Case number *(if know)* _____
    First Name         Middle Name        Last Name

Basis for the claim:   **Trade debt**

Date or dates debt was incurred   **9/2015-10/2015**     Is the claim subject to offset?

Last 4 digits of account number   _____       ☑ No
                                      ☐ Yes

---

**3.4**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $ **1,997.50**
**DIRECTV Sports Net Pittsburgh LLC**                *Check all that apply.*
**5483 Collection Center Drive**                     ☐ Contingent
**Chicago, IL 60693**                                ☐ Unliquidated
                                      ☐ Disputed

Basis for the claim:   **Trade debt**

Date or dates debt was incurred   **9/2015-10/2015**     Is the claim subject to offset?

Last 4 digits of account number   _____       ☑ No
                                      ☐ Yes

---

**3.5**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $ **9,868.50**
**HJV Limited Partnership**                          *Check all that apply.*
**PO Box 788**                                       ☐ Contingent
**Greencastle, PA 17225**                            ☐ Unliquidated
                                      ☐ Disputed

Basis for the claim:   **Trade debt**

Date or dates debt was incurred   **10/2015-11/2015**     Is the claim subject to offset?

Last 4 digits of account number   _____       ☑ No
                                      ☐ Yes

---

**3.6**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $ **16,775.81**
**iHeartMedia-Pittsburgh**                           *Check all that apply.*
**5570 Collection Center Drive**                     ☐ Contingent
**Chicago, IL 60693**                                ☐ Unliquidated
                                      ☐ Disputed

Basis for the claim:   **Trade debt**

Date or dates debt was incurred   **9/2015-11/2015**     Is the claim subject to offset?

Last 4 digits of account number   _____       ☑ No
                                      ☐ Yes

---

**3.7**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     $ **7,227.29**
**Joyce McClune**                                    *Check all that apply.*
**1507 Leona Avenue**                                ☐ Contingent
**South Park, PA 15129**                             ☐ Unliquidated
                                      ☐ Disputed

---

Debtor 1    **Big Picture Media Solutions, LLC**                                          Case number (if know) _____

First Name          Middle Name                 Last Name

Basis for the claim:    **Mediated Settlement amount calculated at 1% of gross of 2015 Range Media Run of $722,729.**

Date or dates debt was incurred    **4/15/2014**          Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____          ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **70,975.00** |

**KDKA-TV**
**21251 Network Place**
**Chicago, IL 60673-1251**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade debt**

Date or dates debt was incurred    **9/2015-10/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____          ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **17,340.00** |

**Lamar Companies**
**PO Box 96030**
**Baton Rouge, LA 70896**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade debt**

Date or dates debt was incurred    **9/2015-11/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____          ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **100.00** |

**Northwest VISA**
**PO Box 31021**
**Tampa, FL 33631-3021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Credit card used for business expenses.**

Date or dates debt was incurred    **11/2015**          Is the claim subject to offset?

☑ No

Last 4 digits of account number    _____          ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **5,537.00** |

---

Debtor 1 **Big Picture Media Solutions, LLC**                                    Case number (if know) _____

First Name        Middle Name        Last Name

**Observer Publishing Co**                 Check all that apply.
**Attn: Cashier**                          ☐ Contingent
**122 S Main St**                          ☐ Unliquidated
**Washington, PA 15301**                   ☐ Disputed

                                           Basis for the claim:   **Trade debt**
                                           _____

Date or dates debt was incurred   **9/2015-11/2015**    **Is the claim subject to offset?**

                                           ☑ No
Last 4 digits of account number   _____   ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,961.70** |

**Pandora Media, Inc.**                    Check all that apply.
**25601 Network Place**                    ☐ Contingent
**Chicago, IL 60673-1256**                 ☐ Unliquidated
                                           ☐ Disputed

                                           Basis for the claim:   **Trade debt**
                                           _____

Date or dates debt was incurred   **10/2015-12/2015**   **Is the claim subject to offset?**

                                           ☑ No
Last 4 digits of account number   _____   ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **49,742.16** |

**Range Resources**                        Check all that apply.
**Attn:  Matt Pitzarella**                 ☐ Contingent
**300 Town Center Blvd.**                  ☐ Unliquidated
**Cecil, PA 15321**                        ☐ Disputed

                                           Basis for the claim:   **Q4 2015 Cancelled Media
                                           Reconciliation**
                                           _____

Date or dates debt was incurred   **8/2015-12/2015**    **Is the claim subject to offset?**

                                           ☑ No
Last 4 digits of account number   _____   ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **4,658.46** |

**Strata Marketing, Inc.**                 Check all that apply.
**23608 Network Place**                    ☐ Contingent
**Chicago, IL 60673-1236**                 ☐ Unliquidated
                                           ☐ Disputed

                                           Basis for the claim:   **Month to month contract.**
                                           _____

Date or dates debt was incurred   **9/2015-12/2015**    **Is the claim subject to offset?**

                                           ☑ No
Last 4 digits of account number   _____   ☐ Yes

---

Debtor 1    **Big Picture Media Solutions, LLC**                                        Case number (if know) _____

    First Name          Middle Name          Last Name

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,135.92** |
|---|---|---|---|

**Time Warner Cable Media**
**PO Box 27908**
**New York, NY 10087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Revolving credit account

Date or dates debt was incurred    **9/2015-10/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,550.00** |
|---|---|---|---|

**WDSY-FM**
**PO Box 13404**
**Newark, NJ 07188-0404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade debt

Date or dates debt was incurred    **10/2015-11/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,060.80** |
|---|---|---|---|

**WFBR Country 105.3 fm**
**PO Box 1644**
**Cumberland, MD 21502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade debt

Date or dates debt was incurred    **10/2015-11/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **979.20** |
|---|---|---|---|

**WKGO FM**
**PO Box 1644**
**Cumberland, MD 21502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade debt

Date or dates debt was incurred    **10/2015-11/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

---

Debtor 1  **Big Picture Media Solutions, LLC**                          Case number (if know) _____

_First Name_      _Middle Name_      _Last Name_

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 12,057.25 |

**WPCW-TV**
**PO Box 13474**
**Newark, NJ 07188-0474**

_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **Trade debt**

Date or dates debt was incurred   **9/2015-10/2015**

Last 4 digits of account number _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 2,210.00 |

**WPGH**
**750 Ivory Avenue**
**Pittsburgh, PA 15214**

_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **Trade debt**

Date or dates debt was incurred   **9/2015-10/2015**

Last 4 digits of account number _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 2,856.00 |

**WPXI**
**PO Box 809291**
**Chicago, IL 60680-9291**

_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **Trade debt**

Date or dates debt was incurred   **9/2015**

Last 4 digits of account number _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 14,611.50 |

**WTAE**
**PO Box 26887**
**Lehigh Valley, PA 18002-6887**

_Check all that apply._
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:   **Trade debt**

---

Debtor 1    **Big Picture Media Solutions, LLC**                                    Case number (if know) _____

      First Name            Middle Name            Last Name

---

Date or dates debt was incurred   **10/2015-12/2015**    **Is the claim subject to offset?**

                                                  ☑ No

Last 4 digits of account number                               ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **297.50** |
|------|----|----|----|----|

**WTAE This TV**
**PO Box 26887**
**Lehigh Valley, PA 18002-6887**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Trade debt**

Date or dates debt was incurred   **10/2015-11/2015**    **Is the claim subject to offset?**

                                                  ☑ No

Last 4 digits of account number                               ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|----|----|----|

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|----|----|----|
| **5a. Total claims from Part 1** | 5a. | $   **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $   **254,247.89** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $   **254,247.89** |

**Fill in this information to identify the case:**

Debtor name    **Big Picture Media Solutions, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest     **Media research.** | |
|      State the term remaining     **July 2016** | **Nielson Audio-PPM-Pittsburgh Market** |
|      List the contract number of any government contract | **PO Box 3228** <br> **Carol Stream, IL** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest     **Media software-2 contracts: $1,537/month.** | |
|      State the term remaining     **8/31/2017** | **Strata Marketing, Inc.** |
|      List the contract number of any government contract | **23608 Network Place** <br> **Chicago, IL 60673-1236** |

**Fill in this information to identify the case:**

Debtor name    **Big Picture Media Solutions, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Big Picture Media Solutions, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.    **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2015** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$971,111.00** |
| **For prior year:** From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$4,924,695.00** |
| **For year before that:** From  **1/01/2013** to **12/31/2013** | ■ Operating a business<br>☐ Other _____ | **$5,060,073.00** |

2.    **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2015** to **Filing Date** | **$6,000-Interest payment from Big Picture Communications, Inc. related to intercompany loan; $3,584-Capital stock refund; $50.60-Interest from money market; $215 Refund from disability insurance.** | **$9,849.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **Big Picture Media Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Encompass Media**<br>**PO Box 1243**<br>**Coraopolis, PA 15108** | **11/19/2015,**<br>**12/9/2015** | **$29,546.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |
| 3.2. | **iHeartMedia-Pittsburgh**<br>**5570 Collection Center Drive**<br>**Chicago, IL 60693** | **9/23/2015,**<br>**10/16/2015** | **$10,617.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |
| 3.3. | **KDKA-TV**<br>**21251 Network Place**<br>**Chicago, IL 60673-1251** | **10/16/2015** | **$19,324.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |
| 3.4. | **Lamar Companies**<br>**PO Box 96030**<br>**Baton Rouge, LA 70896** | **9/23/2015,**<br>**10/16/2015** | **$11,560.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |
| 3.5. | **Northwest VISA**<br>**PO Box 31021**<br>**Tampa, FL 33631-3021** | **11/30/2015** | **$10,131.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Loan<br>☑ Other___ |
| 3.6. | **Observer Publishing Co**<br>**Attn: Cashier**<br>**122 S Main St**<br>**Washington, PA 15301** | **9/15/2015** | **$7,233.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Loan<br>☐ Other___ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Big Picture Media Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Joyce McClune<br>1507 Leona Avenue<br>South Park, PA 15129** | **1/15/2015,<br>4/15/2015,<br>7/15/2015** | **$63,825.00** | **Distributions pursuant to Mutual Release and Settlement Agreement dated 4/15/2014.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Big Picture Media Solutions, LLC**                                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Campbell & Levine, LLC**<br>**310 Grant Street, Suite 1700**<br>**Pittsburgh, PA 15219** | **Attorney fees and filing fee.** | **12/9/2015** | **$7,835.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:

Debtor    **Big Picture Media Solutions, LLC**                    Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
□ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

□ No.
■ Yes. State the nature of the information collected and retained.

**From time to time we have solicited social security numbers from certain independent contractors who have worked for us.**

Does the debtor have a privacy policy about that information?
■ No
□ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
□ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

□ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **Northwest Savings Bank 437 Cochran Road Pittsburgh, PA 15228** | **XXXX-1537** | □ Checking<br>□ Savings<br>■ Money Market<br>□ Brokerage<br>□ Other___ | **12/3/2015** | **$2,550.61** |
| 18.2. | **Northwest Savings Bank 437 Cochran Road Pittsburgh, PA 15228** | **XXXX-9432** | ■ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>□ Other___ | **12/3/2015** | **$100.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Big Picture Media Solutions, LLC**                              Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | **Northwest Savings Bank 437 Cochran Road Pittsburgh, PA 15228** | **XXXX-1628** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other  **_* Escrow account.  This account was subject to a UCC filed by Joyce McClune._** | 6/26/2015 | $23,140.86 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Digital File and Server Backup Nellcom Technologies 2722 Wilmington Road New Castle, PA 16105-1241** | **Maureen Mashek and Nellcom Technologies** | **On site MAC server/PC server/hard drive containing client information and company administrative files.** | ☐ No ■ Yes |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

| Debtor | Big Picture Media Solutions, LLC | Case number (if known) | |
|---|---|---|---|

☐ No.

☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|---|
| 25.1. | Big Picture Communications, Inc.
One Altoona Place
Pittsburgh, PA 15228 | Marketing, strategy, creative concept development, production and supervision. | EIN:    75-3060033

From-To    5/20/2002-Present |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service
From-To |
|---|---|---|
| 26a.1. | Richard T. Weaver
612 Juniper Lane
Bridgeville, PA 15017 | 7/6/2010-9/30/2014 |
| 26a.2. | Susan R. Behme
154 Valley Green Drive
Coraopolis, PA 15108 | 9/24/2014-12/4/2015 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **Big Picture Media Solutions, LLC**                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Listwak, Finke & Associates<br>301 McKnight Park Drive<br>Pittsburgh, PA 15237-6534** | **2014-Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Stenger, Bies & Company, Inc.<br>1910 Cochran Road, Suite 726<br>Pittsburgh, PA 15220** | **2009-2013** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Maureen Mashek<br>100 Oak Park Place<br>Pittsburgh, PA 15243** | |
| 26c.2.    **Steve Smith<br>2044 Carriage Hill Road<br>Allison Park, PA 15101** | |
| 26c.3.    **Susan R. Behme<br>154 Valley Green Drive<br>Coraopolis, PA 15108** | |
| 26c.4.    **Listwak, Finke & Associates<br>301 McKnight Park Drive<br>Pittsburgh, PA 15237-6534** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Big Picture Communications, Inc.** | **One Altoona Place<br>Pittsburgh, PA 15228** | **Member** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Maureen Mashek** | **100 Oak Park Place<br>Pittsburgh, PA 15243** | **Manager, President** | **0%** |

Debtor   **Big Picture Media Solutions, LLC**                                          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Steve Smith | 2044 Carriage Hill Road Allison Park, PA 15101 | Manager | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| David Mashek | 100 Oak Park Place Pittsburgh, PA 15243 | Manager | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Joyce McClune | 1507 Leona Avenue South Park, PA 15129 | Manager, Member, President | 2009-2012 - 49% 2012-12/11/2013 - 47% |
| Big Picture Communications, Inc. | One Altoona Place Pittsburgh, PA 15228 | Member - 51% | 2009-2013 |
| Heather L. Cordell | 1512 Hillsdale Avenue Pittsburgh, PA 15216 | Manager - 2% | 2012-2013 |
| Anne J. Drexler | 705 Pinoak Road Pittsburgh, PA 15243 | Manager - 0% | 2009-2013 |
| Richard T. Weaver | 612 Juniper Lane Bridgeville, PA 15017 | Manager - 0% | 2011-2013 |
| Maureen Mashek | 100 Oak Park Place Pittsburgh, PA 15243 | Manager, Secretary - 0% | 2009-12/11/2013 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Big Picture Media Solutions, LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Joyce McClune**<br>**1507 Leona Avenue**<br>**South Park, PA 15129** | | | **See answer provided at Statement of Financial Affairs Part 2, question 4.1 above.** |
| | **Relationship to debtor**<br>**Former manager, member, president** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 23, 2015**

**/s/ Maureen Mashek**                                    **Maureen Mashek**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Big Picture Media Solutions, LLC** _____    Case No. _____

Debtor(s)    Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **7,500.00** |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Debtor has agreed to pay Campbell & Levine, LLC at the firm's normal hourly rate.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 23, 2015** _____    **/s/ Stanley E. Levine**
*Date*    **Stanley E. Levine 19819**
    *Signature of Attorney*
    **Campbell & Levine, LLC**
    **310 Grant Street, Suite 1700**
    **Pittsburgh, PA 15219**
    **412-261-0310  Fax: 412-261-5066**
    *Name of law firm*

---

## United States Bankruptcy Court
### Western District of Pennsylvania

In re    **Big Picture Media Solutions, LLC**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 23, 2015**

**/s/ Maureen Mashek**

**Maureen Mashek/President**
Signer/Title

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Big Picture Media Solutions, LLC**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Big Picture Media Solutions, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 23, 2015**

Date

**/s/ Stanley E. Levine**

**Stanley E. Levine 19819**

Signature of Attorney or Litigant

Counsel for   **Big Picture Media Solutions, LLC**

**Campbell & Levine, LLC**
**310 Grant Street, Suite 1700**
**Pittsburgh, PA 15219**
**412-261-0310 Fax:412-261-5066**